UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| US BANCORP EQUIPMENT FINANCE, INC. - PLASTICS EQUIPMENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>HEARTBILT HOMES, INC., DUANE F. HANSEN AND PEGGY J. HANSEN, jointly and severally,<br><br>Defendants. | Case No. 10-50078 |

## **CONSENT JUDGMENT**

This matter coming before the Court on Plaintiff US BANCORP EQUIPMENT FINANCE, INC. - PLASTICS EQUIPMENT GROUP's Complaint, all parties having been given due notice and this Court being duly advised in the premises, it is hereby found that Defendants HEARTBILT HOMES, INC., DUANE F. HANSEN and PEGGY J. HANSEN have waived their right to trial and have consented to judgment being entered against them and in favor of US BANCORP EQUIPMENT FINANCE, INC. - PLASTICS EQUIPMENT GROUP, as set forth below.

**IT IS HEREBY ORDERED** that judgment is entered in favor of US BANCORP EQUIPMENT FINANCE, INC. - PLASTICS EQUIPMENT GROUP and against HEARTBILT HOMES, INC., DUANE F. HANSEN and PEGGY J. HANSEN, jointly and severally, in the amount of $101,009.79.

**IT IS HEREBY ORDERED** that the United States Marshall is directed to use all necessary force to repossess: One (1) Les Machineries Verville VP-400 Automatic Four Station Vertical Compression Bagging System with Automatic Impulse Sealer, Tube Extension, Compression Force 3.5, Dust Collectors (C/W Bag Holders), Air Flange, 7 Foot x 18 Inch Exit Belt Conveyor, VHS-503-12 54 Inch x 12 Foot 3 Screw Hopper, Support Legs, 8 Foot High Walls, Low and High Level

Detector, Electricity with Bagger, Transfer Chute for VCS-514 Conveyer, Anti-Bridge Screw for Transfer Chute, Level Detector System, 14 Inch x 26 Foot VCS-514 Conveyor, VE-400 Bag Feeder, And Extra 50 Foot Conveyer, or any portion thereof, from 941 E. North Avenue, Stockton, Illinois 61085, or wherever it may be found.

HEARTBILT HOMES, INC.,

Consented to By: _HeartBilt Homes Inc_
_Duane F Hansen_

Printed Name: _DUANE F. HANSEN_

Title: _PRESIDENT - OWNER_

DUANE F. HANSEN,

Consented to By: _Duane F Hansen_

PEGGY J. HANSEN

Consented to By: _Peggy Hansen_

So Ordered this ____ Day of _____, 2010

Entered: _____
Judge P. Michael Mahoney